IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO: 1:12CV00022LMB |
| ) | |
| REGINA ROBERTS, DEREK FOX, and ) | |
| DAVID M. ROBERTSON AMERICAN ) | |
| LEGION POST NO. 87, ) | |
| ) | |
| Defendants. ) | |

## ANSWER TO COMPLAINT FOR DECLARATORY JUDGMENT

**COMES NOW** Defendants Regina Roberts and Derek Fox, by and through their attorney Kyle L. Warren of the law firm of Edmundson, Richardson, Innes & Warren, and for their Answer to Complaint for Declaratory Judgment respectfully state to the Court as follows:

1. Defendants are without sufficient knowledge and information to form a belief as to the allegations contained in paragraph 1 of the Complaint and therefore deny the same.

2. Defendants admit the allegations as contained in paragraphs 2, 3, 4, 5 and 6 of the Complaint.

3. As to paragraph 7 of the Complaint, Defendants admit that the underlying lawsuit was filed in the Circuit Court of Ripley County, Missouri and that venue is proper, however Defendants deny that the incident occurred in Butler County, Missouri.

4. Defendants admit the allegations as contained in paragraphs 9, 10, 11, 12, 13 and 14 of the Complaint.

5. Defendants are without sufficient knowledge and information to form a belief as to the allegations contained in paragraph 15 of the Complaint and therefore deny the same.

6. Defendants admit the allegations as contained in paragraphs 16, 17, 18, 19, and 20 of the Complaint.

7. Defendants are without sufficient knowledge and information to form a belief as to the allegations contained in paragraph 22, 23, 24, 25 and 26 of the Complaint and therefore deny the same.

8. Defendants deny the allegations as contained in paragraph 28 of the Complaint.

**WHEREFORE,** having fully answered, Defendants Regina Roberts and Derek Fox, prays that the Complaint for Declaratory Judgment be dismissed and for any and all other and further orders as this Court may deem just and proper in the premises.

Respectfully Submitted,

BY: /s/Kyle L. Warren
Kyle L. Warren - # 57654MO
EDMUNDSON, RICHARDSON, INNES & WARREN
Attorneys at Law
Post Office Box 1049
Poplar Bluff, Missouri  63902-1049
Telephone # 573/785-6416
Fax # 573/785-2130
ATTORNEYS FOR DEFENDANTS
REGINA ROBERTS & DEREK FOX

CERTIFICATE OF SERVICE

  I hereby certify that on March 7, 2012, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

  Niki T. Skaggs
  8900 Ward Parkway
  Kansas City, MO 64114
  Attorney for Plaintiff

           BY: /s/Kyle L. Warren
            Kyle L. Warren - # 57654MO
        EDMUNDSON, RICHARDSON, INNES & WARREN
              Attorneys at Law
             Post Office Box 1049
           Poplar Bluff, Missouri  63902-1049
           Telephone # 573/785-6416
             Fax # 573/785-2130
          ATTORNEYS FOR DEFENDANTS
         REGINA ROBERTS & DEREK FOX